IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CEDRIC CURRY PLOTT, AIS #211648, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:21-CV-85-WHA ) |
| GUNTAYE CLAY, et al., | ) ) |
| Defendants. | ) |

## ORDER

On August 24, 2021, the Magistrate Judge entered a Recommendation (Doc. #36) to which no timely objections have been filed.  After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for Plaintiff's failure to comply with an order of this court;

3. Other than the filing fee assessed to Plaintiff in this case, no costs are taxed.

A separate Final Judgment will be entered.

DONE this 21st day of September, 2021.

/s/  W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE